U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2026R00509)

**FILED IN OPEN COURT**
U.S.D.C. - Atlanta

JUN 1 2 2026

**KEVIN P. WEIMER, Clerk**
By: _____ Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Fulton

**DISTRICT COURT NO.** 1:26-CR-271

**MAGISTRATE CASE NO.** 1:26-MJ-311

Indictment
DATE:

X Information
DATE: June 12, 2026

X Magistrate's Complaint
DATE: March 20, 2026

UNITED STATES OF AMERICA
vs.
YI "STANLEY" ZHENG

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

**Is the defendant in custody?**  X Yes  No
**Will the defendant be arrested pending outcome of this proceeding?**  Yes X No
**Is the defendant a fugitive?**  Yes  X No
**Has the defendant been released on bond?**  Yes  X No

**Will the defendant require an interpreter?**  Yes  X No

District Judge:
Magistrate Judge:

Attorney: Samir Kaushal
Defense Attorney: Charles P. Boring