FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 1 2 2026

KEVIN P. WEIMER, Clerk
By: _Cgm_ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| YI "STANLEY" ZHENG | 1:26-CR-271 |

I, Yi "Stanley" Zheng, the above-named defendant, who is accused of an Export Control Reform Act violation, in violation of 50 U.S.C. § 4819, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 12, 2026, prosecution by indictment and consent that the proceeding may be by information rather than by indictment. I further have elected not to request discovery under Rule 16 of the Federal Rules of Criminal Procedure and hereby waive the right to discovery under Rule 16.

_____
Yi "Stanley" Zheng
Defendant

_____
Charles P. Boring
Counsel for Defendant

Before _____
          Judicial Officer