**U.S. Department of Justice**
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 1 2 2026

KEVIN P. WEIMER, Clerk
By: _Cm_ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

## P L E A (With Counsel)

CRIMINAL NO.  1:26-CR-271

I, Yi "Stanley" Zheng, defendant, having received a copy of the Information and having been arraigned, plead **Not Guilty** to the sole count of the Information.

In Open Court this 12th day of June, 2026.

_____          _____
SIGNATURE (Defense Attorney)             SIGNATURE (Defendant)
Charles P. Boring                        Yi "Stanley" Zheng

### INFORMATION BELOW MUST BE TYPED OR PRINTED

500 14th Street, NW
Atlanta, GA 30318
Phone: (678) 701-9381
Bar Number: _O6513 1_                    _____
                                         _____
                                         _____
                                         Phone: _____

Filed in Open Court by:

_____          _____
(Signature)                              Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12